# EXHIBIT D

8/31/2015                                                           CourtView Justice Solutions

# 1423CV002080 Calvanese, Debra A v. Bank of America

| | | | |
|---|---|---|---|
| Case Type | Civil | Case Status | Pending |
| Status Date: | 10/17/2014 | File Date | 10/17/2014 |
| Case Judge: | | DCM Track: | |
| Next Event: | 10/01/2015 | | |

All Information | Party | Event | Docket | Disposition

## Party Information

**Calvanese, Debra A - Plaintiff**

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Kenefick, III, Esq., Thomas Aquinas (267620) | |

More Party Information

**Calvanese, Alphonse F - Plaintiff**

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Kenefick, III, Esq., Thomas Aquinas (267620) | |

More Party Information

**Bank of America - Defendant**

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Tomberg, Esq., Erik John (669413) | |

More Party Information

## Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 08/10/2015 09:00 AM | Civil Session | | Motion Hearing (CV) | Held |
| 08/26/2015 09:00 AM | Civil Session | | Motion Hearing (CV) | Event Continued |
| 10/01/2015 09:00 AM | Civil Session | | Case Management Conference | |

## Docket Information

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| 10/17/2014 | Complaint filed | | 1 |
| 10/17/2014 | Statement of damages filed by Plaintiff (Dist./Mun.Cts.Supp.R.Civ.P. 102A). | | 2 |
| 10/17/2014 | Blank Summons MGL 262 section 4b Receipt: 67918 Date: 11/05/2014 | $0.00 | |
| 10/17/2014 | Jury trial claim on all issues endorsed upon pleading by Debra A Calvanese, Alphonse F Calvanese (G.L. c.231 §103; Mass.R.Civ.P. 38(b)). | | 3 |
| 10/31/2014 | Filed<br>On this date Fri Oct 17 00:00:00 EDT 2014 Kenefick, III, Esq., Thomas Aquinas added for Calvanese, Alphonse F | | |
| 10/31/2014 | Filed<br>On this date Fri Oct 17 00:00:00 EDT 2014 Kenefick, III, Esq., Thomas Aquinas added for Calvanese, Debra A | | |
| 10/31/2014 | Civil Filing Fee Surcharge due. Receipt: 67918 Date: 11/05/2014 | $0.00 | |
| 10/31/2014 | Civil Filing Fee due Receipt: 67918 Date: 11/05/2014 | $0.00 | |

| Date | Entry | |
|---|---|---|
| 11/20/2014 | Return of service on complaint and summons to Bank of America: Officer service SERVED to party's agent (Mass.R.Civ.P. 4(f)).<br><br>SERVED ON 11-13-14 AT 2:25PM | 4 |
| 12/16/2014 | Misc Entry: Defendant's Notice of Filing of Notice of Removal | |
| 12/16/2014 | Filed<br>On this date Erik John Tomberg, Esq. added as Private Counsel for Defendant Bank of America | |
| 12/19/2014 | Misc Entry: Certified copy of Notice of Removal received from the United States District Court | |
| 01/21/2015 | Misc Entry: Attested copies of all pleadings and docket entries forwarded to Attorney Erik Tomberg, counsel for defendant Bank of America | |
| 01/21/2015 | Notice sent to parties. | |
| 01/21/2015 | Notice sent to parties informing them attested copies of all pleadings have been forwarded to Attorney Erik Tomberg | |
| 01/21/2015 | Notice sent to parties.<br>A Notce to the Parties was generated and sent to:<br>Plaintiff: Thomas Aquinas Kenefick, III, Esq.<br>Defendant: Erik John Tomberg, Esq. | |
| 07/17/2015 | Order received from United States District Court: Motion to dismiss as to Count IV. Counts II and V are remanded to Massachusetts District Court, Springfiled Division (Judge Mark G. Mastroianni) | |
| 07/17/2015 | Event Scheduled<br>Event: Case Management Conference<br>Date: 10/01/2015 Time: 09:00 AM | |
| 07/28/2015 | Motion to dismiss (Mass.R.Civ.P. 12[b]) filed by Bank of America. | 5 |
| 07/29/2015 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 08/26/2015 Time: 09:00 AM<br>Result: Event Continued | |
| 07/30/2015 | Motion to amend complaint (Mass.R.Civ.P. 4[g] & 15) filed by Debra A Calvanese, Alphonse F Calvanese. | 6 |
| 07/30/2015 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 08/10/2015 Time: 09:00 AM<br>Result: Held | |
| 08/05/2015 | Defendant's response to plaintiff's motion to amend complaint filed | |
| 08/10/2015 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 08/10/2015 09:00 AM has been resulted as follows:<br>Result: Held<br>Appeared: | |
| 08/10/2015 | Motion to amend complaint (Mass.R.Civ.P. 4[g] & 15) allowed Hon. William P Hadley<br>(Amended complaint not signed - Plaintiff to send signed copy.) | |
| 08/18/2015 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 08/26/2015 09:00 AM has been resulted as follows:<br>Result: Event Continued<br>Reason: Defendant's request without objection<br>Appeared: | |
| 08/21/2015 | Amended complaint filed (Mass.R.Civ.P. 15). (signed copy) | 7 |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | |