# EXHIBIT F1

FIA Card Services      12/15/2014 12:38:07 PM    PAGE   65/076    888-294-5658

# BankAmericard | Rewards®

## Visa Signature®

**Bank of America**

ALPHONSE F CALVANESE
Account Number: ############7675
July 16 - August 14, 2013

**Account Information:**
www.bankofamerica.com

Mail billing inquiries to:
Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

Mail payments to:
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Customer Service:
1.800.421.2110

(1.800.346.3178 TTY)

### Payment Information

| | |
|---|---|
| New Balance Total | $41.10 |
| Current Payment Due | $15.00 |
| Total Minimum Payment Due | $15.00 |
| Payment Due Date | 9/11/13 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Total Minimum Payment | 3 months | $44.10 |

If you would like information about credit counseling services, call 1-866-300-5238.

### Account Summary

| | |
|---|---|
| Previous Balance | $6,210.34 |
| Payments and Other Credits | -6,210.34 |
| Purchases and Adjustments | 41.10 |
| Fees Charged | 0.00 |
| Interest Charged | 0.00 |
| New Balance Total | $41.10 |
| Total Credit Line | $17,900.00 |
| Total Credit Available | $17,858.90 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $5,400.00 |
| Statement Closing Date | 8/14/13 |
| Days in Billing Cycle | 30 |

### Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 07/15 | 07/30 | BAL ADJ/NETRATE CONCEP | 3102 | | -5,423.00 | |
| | 08/03 | PAYMENT - THANK YOU | 4126 | | -787.34 | |
| | | | | | | -$6,210.34 |
| 08/06 | 08/07 | **Purchases and Adjustments** MASSPIKE   00200055 888-5253278 MA 14820356 | 0209 | 7675 | 41.10 | |
| | | | | | | $41.10 |
| 08/14 | 08/14 | **Interest Charged** Interest Charged on Purchases continued on next page... | | | 0.00 | |

12

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

ALPHONSE F CALVANESE
393 GREEN HILL RD
LONGMEADOW MA  01106-2943

Account Number: ############7675

| | |
|---|---|
| New Balance Total | $41.10 |
| Total Minimum Payment Due | 15.00 |
| Payment Due Date | 09/11/13 |

Enter payment amount $ 

☐ Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America

| IMPORTANT INFORMATION ABOUT THIS ACCOUNT | USE811 Rev. 08/13 |
|---|---|

### CUSTOMER TIPS FOR DISPUTED ITEMS

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- **Is the charge or amount unfamiliar?**
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in **Online Banking**, it is easy to enroll using the web address on the front of your statement or give us a call.

**Please remember: If you find an error on your bill, you must notify us no later than 60 days after we sent your first statement on which the error or problem appeared to preserve your billing rights.**


### ONLINE
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.


### PHONE
**1.866.266.0212**
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.


### MAIL
**Attn: Billing Inquiries  PO Box 982235, El Paso, TX 79998**
When writing, please include **Your Name, Account Number, the Disputed Amount, Merchant Name, Transaction Date, and reference number** of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

### PAYING INTEREST
We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

### CALCULATION OF BALANCES SUBJECT TO INTEREST RATE
Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" -- a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) and add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

### PAYMENTS
We credit mailed payments as of the date received. If the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m Central. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

### TOTAL INTEREST CHARGE COMPUTATION
Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS
Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

### IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE
When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

### YOUR CREDIT LINES
The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, Returned Payments, and applicable transaction fees.

### MISCELLANEOUS
**Promotional Rate End Date:** This date is based on a future statement closing date. If you change your payment due date, this date could change. Transactions must meet offer conditions in order to qualify for the promotional rate.

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA Card Services     12/15/2014 12:38:07 PM   PAGE   67/076    888-294-5658

**BankAmericard | Rewards®**

**Bank of America**

Visa Signature®

████████ 7875
July 16 - August 14, 2013
Page 3 of 6

### Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 08/14 | 08/14 | Interest Charged on Balance Transfers | | | 0.00 | |
| 08/14 | 08/14 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 08/14 | 08/14 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $0.00 |

#### 2013 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2013 | $0.00 |
| Total interest charged in 2013 | $0.00 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate Until | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 9.24%V | | | | $0.00 | $0.00 |
| Balance Transfers | 9.24%V | | | | $0.00 | $0.00 |
| Direct Deposit and Check Cash Advances | 15.99%V | | | | $0.00 | $0.00 |
| Bank Cash Advances | 19.24%V | | | | $0.00 | $0.00 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

### Rewards

```
              POINTS SUMMARY
        41    MONTHLY EARNINGS
         0    BONUS POINTS THIS MONTH
    31,115    POINTS AVAILABLE
```

### Of Special Interest

As of October 2013, merchandise will no longer be available as a redemption option. You'll still be able to use your card to purchase merchandise at any retailer, earn points on that transaction, and redeem points for cash to offset your purchase, or gift cards or travel. In addition, cruise redemptions will be unavailable. However, we're updating our travel rewards redemption website to make it simpler and easier and you will have greater travel selection. Sign in at www.bankofamerica.com to access your account, and select "Rewards" to learn more.

Securely send money from your mobile device. Text APP1 to 226526 to get the App. Wireless fees apply. See bankofamerica.com/serviceagreement. For text, supported carriers include: Alltel, AT&T, Cellular One, T-Mobile, Virgin Mobile, US Cellular, Verizon Wireless. Text STOP to cancel and HELP for help to 226526. Bank of America, N.A. Member FDIC.

Pick Your cash back deals. BankAmeriDeals® makes it easy. Online or on your mobile device, check out the many BankAmeriDeals offered to you. Choose the deals, make the purchases and the cash back gets put into the Bank of America® credit card account you select. Learn more at www.bankofamerica.com/deals or tap the "Deals" icon in Mobile Banking.

BetterMoneyHabits.com - Knowing how to manage your money better has never been more important. Now you can take advantage of free, unbiased, financial education and tools by visiting our new website  BetterMoneyHabits.com (currently available in English only).

FIA Card Services    12/15/2014 12:38:07 PM   PAGE   68/076    888-294-5658

Go Paperless! Email reminders tell you when your statements are available, amount due and payment due date. To go paperless, enroll in Online Banking at www.bankofamerica.com/onlinebanking. Find the green leaf on your accounts and click "Go Paperless".

FIA Card Services    12/15/2014 12:38:07 PM   PAGE   68/076    888-294-5658

# EXHIBIT F2

FIA Card Services     12/15/2014 12:38:07 PM    PAGE   61/076      888-294-5658

**BankAmericard | Rewards®**

**Bank of America**

Visa Signature®

ALPHONSE F CALVANESE
Account Number: ███████████7875
August 15 - September 13, 2013

**Account Information:**
www.bankofamerica.com

Mail billing inquiries to:
Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

Mail payments to:
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Customer Service:
1.800.421.2110

(1.800.346.3178 TTY)

**Payment Information**

| | |
|---|---|
| New Balance Total | $0.00 |
| Current Payment Due | $0.00 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 10/11/13 |

Late Payment Warning: If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$35.00**.

**Account Summary**

| | |
|---|---|
| Previous Balance | $41.10 |
| Payments and Other Credits | -41.10 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 0.00 |
| Interest Charged | 0.00 |
| New Balance Total | $0.00 |
| Total Credit Line | $17,900.00 |
| Total Credit Available | $17,900.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $5,400.00 |
| Statement Closing Date | 9/13/13 |
| Days in Billing Cycle | 30 |

**Transactions**

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | 08/31 | Payments and Other Credits<br>PMT FROM BILL PAYER SERVICE | 1823 | | -41.10 | -$41.10 |
| | | Interest Charged | | | | |
| 09/13 | 09/13 | Interest Charged on Purchases | | | 0.00 | |
| 09/13 | 09/13 | Interest Charged on Balance Transfers | | | 0.00 | |
| 09/13 | 09/13 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 09/13 | 09/13 | Interest Charged on Bank Cash Advances<br>TOTAL INTEREST FOR THIS PERIOD | | | 0.00 | $0.00 |

**2013 Totals Year to Date**

| | |
|---|---|
| Total fees charged in 2013 | $0.00 |
| Total Interest charged in 2013 | $0.00 |

12

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

Account Number: ███████████7875

| | |
|---|---|
| New Balance Total | $0.00 |
| Total Minimum Payment Due | 0.00 |
| Payment Due Date | 10/11/13 |

Enter payment amount $ ☐☐☐☐☐☐☐

ALPHONSE F CALVANESE
393 GREEN HILL RD
LONGMEADOW MA 01106-2943

☐ Check here for a change of mailing address or phone numbers.
Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                                                       USE611 Rev. 08/13

### CUSTOMER TIPS FOR DISPUTED ITEMS
Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- **Is the charge or amount unfamiliar?**
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

**Please remember: If you find an error on your bill, you must notify us no later than 60 days after we sent your first statement on which the error or problem appeared to preserve your billing rights.**


**ONLINE**
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.


**PHONE**
1.866.266.0212
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.


**MAIL**
Attn: Billing Inquiries  PO Box 982235, El Paso, TX 79998
When writing, please include **Your Name, Account Number, the Disputed Amount, Merchant Name, Transaction Date, and reference number** of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

### PAYING INTEREST
We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

### CALCULATION OF BALANCES SUBJECT TO INTEREST RATE
Average Daily Balance Method (including new Purchases):
We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.
To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances):
We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" -- a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.
To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.
To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) and add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

### PAYMENTS
We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central. Credit for any other payments may be delayed up to five days.
No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.
We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.
If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

### TOTAL INTEREST CHARGE COMPUTATION
Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS
Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

### IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE
When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

### YOUR CREDIT LINES
The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, Returned Payments, and applicable transaction fees.

### MISCELLANEOUS
**Promotional Rate End Date: This date is based on a future statement closing date. If you change your payment due date, this date could change. Transactions must meet offer conditions in order to qualify for the promotional rate.
For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.**

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA Card Services        12/15/2014 12:38:07 PM    PAGE    63/076    888-294-5658

**BankAmericard | Rewards®**                                   **Bank of America**

Visa Signature®

███████████ 7675
August 15 - September 13, 2013
Page 3 of 4

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate Until | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 9.24%V | | | | $0.00 | $0.00 |
| Balance Transfers | 9.24%V | | | | $0.00 | $0.00 |
| Direct Deposit and Check Cash Advances | 15.99%V | | | | $0.00 | $0.00 |
| Bank Cash Advances | 19.24%V | | | | $0.00 | $0.00 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Rewards

```
POINTS SUMMARY
  5,423  MONTHLY EARNINGS
      0  BONUS POINTS THIS MONTH
 36,538  POINTS AVAILABLE
```

## Of Special Interest

As of October 2013, merchandise will no longer be available as a redemption option. You'll still be able to use your card to purchase merchandise at any retailer, earn points on that transaction, and redeem points for cash to offset your purchase, or gift cards or travel. In addition, cruise redemptions will be unavailable. However, we're updating our travel rewards redemption website to make it simpler and easier and you will have greater travel selection. Sign in at www.bankofamerica.com to access your account, and select "Rewards" to learn more.

BetterMoneyHabits.com - Knowing how to manage your money better has never been more important. Now you can take advantage of free, unbiased, financial education and tools by visiting our new website   BetterMoneyHabits.com (currently available in English only).

# EXHIBIT F3

FIA Card Services     12/15/2014  12:38:07 PM    PAGE   55/076    888-294-5658

**BankAmericard | Rewards®**  **Bank of America**

Visa Signature®

ALPHONSE F CALVANESE
Account Number: ███████████ 7675
September 14 - October 15, 2013

## Account Information:
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

**Mail payments to:**
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

**Customer Service:**
1.800.421.2110

(1.800.346.3178 TTY)

## Payment Information

| | |
|---|---|
| New Balance Total | $969.91 |
| Current Payment Due | $15.00 |
| Total Minimum Payment Due | $15.00 |
| Payment Due Date | 11/11/13 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Total Minimum Payment | 4 years | $1,168.87 |
| $30.97 | 36 months | $1,114.92 (Savings = $53.95) |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments and Other Credits | 0.00 |
| Purchases and Adjustments | 969.91 |
| Fees Charged | 0.00 |
| Interest Charged | 0.00 |
| New Balance Total | $969.91 |
| Total Credit Line | $17,900.00 |
| Total Credit Available | $16,930.09 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $5,400.00 |
| Statement Closing Date | 10/15/13 |
| Days in Billing Cycle | 32 |

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 09/13 | 09/14 | BARNES&NOBLE COM   800-843-2665 NJ  824421256162 | 8796 | 7675 | 11.99 | |
| 09/30 | 10/02 | OCEAN STATE JOB LO   ENFIELD   CT | 2170 | 7675 | 46.86 | |
| 10/02 | 10/04 | A.W. BROWN PET & GARDE EAST LONGMEADMA | 0327 | 7675 | 55.96 | |

continued on next page...

12

---

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

ALPHONSE F CALVANESE
393 GREEN HILL RD
LONGMEADOW MA  01106-2943

Account Number: ███████████ 7675

| | |
|---|---|
| New Balance Total | $969.91 |
| Total Minimum Payment Due | 15.00 |
| Payment Due Date | 11/11/13 |

Enter payment amount  $ ☐☐☐☐☐

☐ Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America

| IMPORTANT INFORMATION ABOUT THIS ACCOUNT | USE811 Rev. 08/13 |
|---|---|

### CUSTOMER TIPS FOR DISPUTED ITEMS

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- **Is the charge or amount unfamiliar?**
Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

**Please remember: If you find an error on your bill, you must notify us no later than 60 days after we sent your first statement on which the error or problem appeared to preserve your billing rights.**


### ONLINE
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.


### PHONE
**1.866.266.0212**
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.


### MAIL
**Attn: Billing Inquiries  PO Box 982235, El Paso, TX 79998**
When writing, please include **Your Name, Account Number, the Disputed Amount, Merchant Name, Transaction Date, and reference number** of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

### PAYING INTEREST
We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

### CALCULATION OF BALANCES SUBJECT TO INTEREST RATE
Average Daily Balance Method (including new Purchases):
We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances):
We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" — a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) and add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

### PAYMENTS
We credit mailed payments as of the date received. If the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn on U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

### TOTAL INTEREST CHARGE COMPUTATION
Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS
Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

### IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE
When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

### YOUR CREDIT LINES
The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, Returned Payments, and applicable transaction fees.

### MISCELLANEOUS
**Promotional Rate End Date:** This date is based on a future statement closing date. If you change your payment due date, this date could change. Transactions must meet offer conditions in order to qualify for the promotional rate.

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.**

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA Card Services      12/15/2014 12:38:07 PM   PAGE 57/076   888-294-5658

**BankAmericard | Rewards®**  

Visa Signature®

▇▇▇▇▇▇▇▇ 7675
September 14 - October 15, 2013
Page 3 of 6

### Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 10/02 | 10/04 | SUMMIT PROFESSIONAL ED 615-3768828 TN 0 | 2343 | 7675 | 338.00 | |
| 10/05 | 10/07 | HESS 21251    S YARMOUTH   MA 01852721251MV2Y7000302710 | 5754 | 7675 | 68.18 | |
| 10/05 | 10/07 | MASSPIKE    00200055 888-5253278 MA 15857253 | 4720 | 7675 | 41.25 | |
| 10/09 | 10/10 | TOMS.COM USD    800-975-8667 CA 11195785680097586867 | 4195 | 7675 | 93.00 | |
| 10/10 | 10/11 | L AND S AUTOMOTIVE REP ENFIELD   CT | 2742 | 7675 | 46.56 | |
| 10/11 | 10/12 | BROOKS BROTHERS 06653  WRENTHAM   MA | 3174 | 7675 | 208.50 | |
| 10/12 | 10/12 | TARGET.COM    800-591-3869 MN 37700602180059138669 | 9216 | 7675 | 59.61 | |
| | | | | | | $969.91 |
| | | **Interest Charged** | | | | |
| 10/15 | 10/15 | Interest Charged on Purchases | | | 0.00 | |
| 10/15 | 10/15 | Interest Charged on Balance Transfers | | | 0.00 | |
| 10/15 | 10/15 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 10/15 | 10/15 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | **TOTAL INTEREST FOR THIS PERIOD** | | | | $0.00 |

### 2013 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2013 | $0.00 |
| Total interest charged in 2013 | $0.00 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate Until | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 9.24%V | | | | $0.00 | $0.00 |
| Balance Transfers | 9.24%V | | | | $0.00 | $0.00 |
| Direct Deposit and Check Cash Advances | 15.99%V | | | | $0.00 | $0.00 |
| Bank Cash Advances | 19.24%V | | | | $0.00 | $0.00 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

### Rewards

```
              POINTS SUMMARY
        970  MONTHLY EARNINGS
          0  BONUS POINTS THIS MONTH
     37,508  POINTS AVAILABLE
```

### Of Special Interest

As of October 2013, merchandise will no longer be available as a redemption option. You'll still be able to use your card to purchase merchandise at any retailer, earn points on that transaction, and redeem points for cash to offset your purchase, or gift cards or travel. In addition, cruise redemptions will be unavailable. However, we're updating our travel rewards redemption website to make it simpler and easier and you will have greater travel selection. Sign in at www.bankofamerica.com to access your account, and select "Rewards" to learn more.

BetterMoneyHabits.com - Knowing how to manage your money better has never been more important. Now you can take advantage of free, unbiased, financial education and tools by visiting our new website BetterMoneyHabits.com (currently available in English only).

With BankAmeriDeals®, a few clicks can get you up to 15% cash back Click the Cash Back Deals tab in Online or Mobile Banking to get cash back deals worth up to 15%. Just pay with your card and the cash back is put into your account. It's free for Online and Mobile Banking customers. To learn more, visit bankofamerica.com/deals

Go Paperless! You can find, view, and download printable PDFs of your statements and eligible documents-all in one place. To go paperless, enroll in Online Banking at www.bankofamerica.com/onlinebanking. Find the green leaf icon and click "Go Paperless".